UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA SMITH,

     Plaintiff,

v.                                                                                                  Case No. 12-11333

COUNTY OF ISABELLA, CASSANDRA                       Honorable Patrick J. Duggan
CAMPBELL, NOELLE MORLOCK,
CHRIS CLULEY and DOUG
KLAWENDER,

     Defendants.
_____/

## ORDER OF DISMISSAL

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on September 16, 2013.

PRESENT:     THE HONORABLE PATRICK J. DUGGAN
                     U.S. DISTRICT COURT JUDGE

On March 23, 2012, Plaintiff Rebecca Smith initiated this civil rights action pursuant to 42 U.S.C. § 1983, alleging that the above-named Defendants violated her Fourth and Fourteenth Amendment Rights. Plaintiff also alleged three state law claims against the Defendants.

On June 14, 2013, Defendants filed a motion to dismiss, or in the alternative, a motion for summary judgment.

On August 28, 2013, the Court issued an opinion and order granting Defendants' motion in part and denying Defendants' motion in part.

2

On August 30, 2013, a "Stipulation to Dismiss," signed by Plaintiff and by Bonnie Toskey, attorney for Defendants, was filed with this Court.

Therefore, pursuant to the Stipulation to Dismiss, **IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice.

s/PATRICK J. DUGGAN<br>UNITED STATES DISTRICT JUDGE

Copies to:

Rebecca Smith, *Pro Per*
Bonnie G. Toskey